820 A.2d 143

**Gennaro RAUSO, Appellant**

v.

**Marsha ROMERO, Jerry Fry, Mary Canino, Donald Vaughn, Jeffrey Beard, Sarah Vandenbraack, Robert S. Bitner, Commonwealth of Pennsylvania Department of Corrections, Commonwealth of Pennsylvania Board of Probation and Parole, Kathleen Zwierzyna, John and Jane Doe, Appellees.**

**No. 50 MAP 2002.**

Supreme Court of Pennsylvania.

June 6, 2002.

Reconsideration Denied July 25, 2002.

### *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of June, 2002, probable jurisdiction is noted. The order appealed is affirmed.